| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>O'Meara, John Corbett | 2. Court or Organization<br><br>Eastern District of MI | 3. Date of Report<br><br>7/5/2005 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Active, U.S. District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date 7/5/2005<br><br>○ Initial ◉ Annual ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>United States District Court<br>200 E. Liberty Street<br>Ann Arbor, MI 48104 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Director | U.S. District Court, Eastern District of Michigan, Historical Society |
| 2. Director | Michigan Opera Theatre |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

FINANCIAL DISCLOSURE OFFICE

2005 JUL 11 A 11: 37

RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | Dickinson Wright LLPC |
| 2. 2004 | Internet: Director's Fees |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | O'Meara, John Corbett | 7/5/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | 7/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Dickinson Wright HR-10 Account | E | Dividend | O | T | | | | | |
| 2. Dickinson Wright 401(K) Account | D | Dividend | N | T | | | | | |
| 3. HILLSDALE COUNTY NATIONAL BANK COMMON STOCK | A | Dividend | J | T | | | | | |
| 4. BANK ONE CHECKING ACCOUNT(CASH) | B | Interest | K | T | | | | | |
| 5. MERRILL LYNCH CMA(CASH) (NOTE 1) | C | Dividend | L | T | | | | | |
| 6. MERRILL LYNCH CMA (Lines 7 THROUGH 35) | | | | | | | | | |
| 7. ALTRIA GROUP INC. (Was known as Philip Morris) | C | Dividend | L | T | | | | | |
| 8. AMBAC FINCL GRP NY | A | Dividend | J | T | | | | | |
| 9. AMER EXPRESS COMPANY COM | A | Dividend | L | T | | | | | |
| 10. ANADARKO PETE CORP | A | Dividend | J | T | | | | | |
| 11. BRISTOL MYERS SQUIBB CO COM | B | Dividend | M | T | | | | | |
| 12. EASTMAN CHEMICAL CO COM | A | Dividend | J | T | | | | | |
| 13. FORD MOTOR CO NEW | A | Dividend | J | T | | | | | |
| 14. GENERAL DYNAMICS COPR | A | Dividend | J | T | | | | | |
| 15. GEORGIA PACIFIC CORP | A | Dividend | J | T | | | | | |
| 16. JP MORGAN CHASE AND CO | A | Dividend | J | T | | | | | |
| 17. JONES APPAREL GP INC. COM | A | Dividend | J | T | | | | | |
| 18. LEHMAN BROTHERS HLDGS COM | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. LOWES COMPANIES INC. | A | Dividend | J | T | | | | | |
| 20. MINNESOTA MNG MFG COM | A | Dividend | K | T | | | | | |
| 21. MORGAN ST DEAN WTTR DISC | A | Dividend | J | T | | | | | |
| 22. PHILIP MORRIS COS INC COM (NOW ALTRIA) | | | | | | | | | |
| 23. PROCTOR GAMBLE COM | B | Dividend | K | T | | | | | |
| 24. TARGET CORP COM | A | Dividend | J | T | | | | | |
| 25. 3 M COMPANY | A | Dividend | K | T | B | 2/18 | | | Non-private |
| 26. UNION PACIFIC CORP COM | A | Dividend | J | T | | | | | |
| 27. UNITED HEALTH GROUP INC. (United Healthcare Group) | A | Dividend | J | T | | | | | |
| 28. UNITED TECHNOLOGIES CORP | A | Dividend | J | T | | | | | |
| 29. VISTEON CORP DELAWARE (Spun off FMC) | A | Dividend | J | T | | | | | |
| 30. WELLPOINT H NWRK | A | Dividend | J | T | | | | | |
| 31. WELLS FARGO & CO. NEW DEL | D | Dividend | M | T | | | | | |
| 32. ZIMMER HOLDINGS INC COM | A | Dividend | J | T | | | | | |
| 33. UNIVERSITY MI UNIV REVS | A | Interest | K | T | | | | | |
| 34. U.S. TREASURY NOTE | A | Interest | M | T | | | | | |
| 35. CMA TAX EXEMPT FUND (INCLUDES RETIREMENT RESERVES FUND) | D | Interest | O | T | | | | | |
| 36. JCO IRA MERRILL LYNCH (LINES 37 THROUGH 54) | | | | | | | | | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | 7/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. ALLIANCEBERNSTEIN PREMIER GROWTH FD ADV CL | A | Dividend | J | T | | | | | |
| 38. BRANDY WINE BLUE FUND | A | Dividend | L | T | B | 2/18 | | | Non-private |
| 39. CALVERT INCOME FUND COM | A | Dividend | M | T | B | 2/18 | | | Non-private |
| 40. COLUMBIA ACORN FUND Z | A | Dividend | L | T | S | 2/18 | L | C | Non-private |
| 41. EATON VANCE FLOATING RATE FUND | A | Dividend | L | T | B | 2/18 | | | Non-private |
| 42. LOOMIS SAYLES BOND FD | A | Dividend | L | T | B | 2/18 | | | Non-private |
| 43. NEUBERG & BERMIN GENESIS TRUST | A | Dividend | L | T | B | 2/18 | | | Non-private |
| 44. THORNBURG INTERNATIONAL VALUE FD A | A | Dividend | L | T | B | 2/18 | | | Non-private |
| 45. PIMCO TOTAL RETURN FD | D | Dividend | M | T | | | | | |
| 46. ML BASIC VALUE FD CL A | A | Dividend | M | T | | | | | |
| 47. OPPENHEIMER CAPITAL APRECIATION CL A | A | Dividend | K | T | | | | | |
| 48. BLACKROCK LOW DURATION BD INSTL CL | A | Interest | K | T | S | 2/18 | K | C | Non-private |
| 49. FPA NEW INCOME INC | A | Dividend | M | T | | | | | |
| 50. ML AGGREGTE BD INDEX CL A | A | Dividend | L | T | | | | | |
| 51. STRONG GOVT SECS FD | A | Dividend | M | T | S | 2/18 | M | D | Non-private |
| 52. FIDELITY ADV DIV INTL 1 (X) | A | Dividend | | | | | | | |
| 53. SCUDDER FIXED INCOME FD (X) | A | Dividend | | | | | | | |
| 54. RETIREMENT RESERVES FUND | A | Interest | J | T | | | | | |

1. Income/Gain Codes       A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:       J = $15,000 or less       K = $15,001-$50,000   L = $50,001-$100,000       M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000       P4 = $More than $50,000,000
3. Value Method Codes       Q = Appraisal       R = Cost (Real Estate Only)   S = Assessment       T = Cash/Market
   (See Column C2)       U = Book Value       V = Other       W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | 7/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. IRA - MERRILL LYNCH(S): (Lines 56 through 58) | | | | | | | | | |
| 56. RETIREMENT RESERVES FUND | A | Interest | J | T | | | | | |
| 57. MILBANK USA RASP | A | Dividend | J | T | | | | | |
| 58. ML FUNDAMENTAL GROWTH A | A | Dividend | K | T | | | | | |
| 59. THIS LINE 59 IS LAST LINE | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | O'Meara, John Corbett | 7/5/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Note 1 (Line 5): ▓▓▓▓▓ and I have a ▓▓▓▓▓▓ Merrill Lynch CMA (Cash Management Account) which we use as a checking account. The balance in the account on any given day draws interest at the money market rate.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>O'Meara, John Corbett | Date of Report<br><br>7/5/2005 |
| --- | --- | --- |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date _July 5, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544